**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Rick Croteau, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 4:15-cv-40151 |
| AM-Med Diabetic Supplies, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 24, 2016

                                                                                Respectfully submitted,

                                                                                PLAINTIFF, Rick Croteau

                                                                                */s/ Sergei Lemberg*

                                                                                Sergei Lemberg, Esq.
                                                                                B.B.O. No.: 650671
                                                                                **LEMBERG LAW, L.L.C.**
                                                                                43 Danbury Road, 3rd Floor
                                                                                Wilton, CT 06897
                                                                                Telephone: (203) 653-2250
                                                                                Facsimile: (203) 653-3424
                                                                                slemberg@lemberglaw.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 24, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By  */s/ Sergei Lemberg*
                  Sergei Lemberg, Esq.