## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Croteau,**
      **Plaintiff(s),**

**V.**

**AM-Med Diabetic Supplies,**
      **Defendant(s),**

CIVIL ACTION

NO. <u>15-40151-TSH</u>

## SETTLEMENT ORDER OF DISMISSAL

<u>Hillman, D. J.</u>

The Court having been advised on   <u>May 24, 2016</u>   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

 <u>May 24, 2016</u>                          <u>/s/ Martin Castles</u>
    Date                                       Deputy Clerk